7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Michael Christopher Lagas
*Debtor*

*Bankruptcy Case No.*
15–40449–can7

**Northland Equity Investors, Inc.**
   Plaintiff(s)

*Adversary Case No.*
15–04049–can

v.

**Michael Christopher Lagas**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment in favor of Plaintiff, and further enters its Order that the Debts of Defendant to Plaintiff Northland National Bank, as described in the Settlement Agreement And Release executed by the Parties, (and which may be set out in a Judgment of the Circuit Court of Clay County, Missouri under case number 12CY–CV12958–01), is not dischargeable in bankruptcy, and is excepted from the Discharge in the above referenced bankruptcy. Plaintiff's request to deny the Debtor's discharge of all other debts is withdrawn. Each party shall pay their own costs.

PAIGE WYMORE–WYNN
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk



Date of issuance: 6/9/16

Court to serve